FILED

HELENA VESELA
901 Isabel Street
Los Angeles CA 90065310-6914760

2018 JAN 26 PM 4: 43

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

Defendant pro se

LA CV 18 00694-DMG-MRW x

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEUTSCHE BANK NATIONAL TRUST ) NOTICE OF REMOVAL OF ACTION
COMPANY AS TRUSTEE FOR WAMU  ) UNDER 28USC §§ 1441 AND 1446
2005-AR11                    ) FEDERAL QUESTION
                             )
            Plaintiff,       ) Case No.: 16U08532
                             )
    vs.                      )
                             )
RADKA KROUL, PETER DRAKSLER; )
AND DOES 1-6 inclusive       )
                             )
            Defendant(s)     )

TO THE COURT, The Plaintiff, Deutsche Bank National Trust Company as Trustee for Wamu 2005-AR11, Plaintiff's attorneys of record and all other interested parties;

PLEASE TAKE NOTICE that Defendant, *Helena Vesela*, pursuant to 28 U.S.C. §§ 1441 and 1446, hereby files this Notice of Removal from the Superior Court of California County of Los Angeles to the United States District Court for the Central District of California on the following grounds:.

NOTICE OF REMOVAL AND REMOVAL R - 1

ORIGINAL

Plaintiff brought an unlawful detainer action against this Defendant in violation of California Code of Civil Procedure 1161(b) by which the California Superior Court for the County of Los Angeles subsequently conducted proceedings on February 3, 2017 following following the filing of a notice of removal on February 2, 2017 whereby said Court was without jurisdiction to do so and entered a judgment against him in violation of 28 U.S.C. § 1446(d) and his right to due process, a federal issue.

WHEREFORE, This defendant hereby removes the above captioned action from the state of California Superior Court, County of Los Angeles to the United States District Court for the Central District of California and requests that further proceedings be conducted in said Court as provided by law.

As is required by 28 U.S.C. § 1446(a) and Local Rule, copies of all process, pleading, orders, and other papers filed in the State Court are attached hereto as Exhibit 1.

As is further required by 28 U.S.C. § 1446(d), written notice of the removal of this action will be promptly served to Plaintiffs' and the Clerk of the State Court.

////

////

Respectfully Submitted, this 26th day of January, 2018

*[signature]*

Helena Vesela, Pro Se

# EXHIBIT 1

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

JUL 28 2016

Randall D. Naiman, Esq. - State Bar No. 91048
NAIMAN LAW GROUP,
Professional Corporation
4660 La Jolla Village Drive, Suite 850
San Diego, California 92122
(858) 224-6900 (telephone)
(858) 224-6801 (facsimile)

Attorney for Plaintiff, DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR WAMU 2005-AR11

## SUPERIOR COURT OF CALIFORNIA COUNTY OF LOS ANGELES

### STANLEY MOSK COURTHOUSE

16U08532

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR WAMU 2005-AR11<br><br>Plaintiff<br><br>vs<br><br>RADKA KROUL, PETER DRAXLER, and DOES 1 to 6, inclusive<br><br>Defendants | Case No.<br><br>LIMITED CIVIL CASE<br><br>COMPLAINT FOR UNLAWFUL DETAINER<br><br>AMOUNT DEMANDED DOES NOT EXCEED $10,000.00<br><br>Action based on Code of Civil Procedure Section 1161a<br><br>Foreclosure |

Plaintiff alleges

1. This court is the proper court for the trial of this action because

   a. Each Defendant resides and/or conducts business in the area served by this Court.

   b. The real property which is the subject of this action 901 Isabel Street, Los Angeles, CA 90065 (hereinafter "the Property") is located in the area served by this Court and

   c. The amount of damages claimed in this action does not exceed $10,000.00

2. Plaintiff is informed and believes and upon such information and belief alleges that Defendant(s) Radka Kroul and Peter Draxler (hereinafter "Defendant's") at

Complaint - Unlawful Detainer

1  all times herein mentioned is/are currently resident(s) of the County of Los Angeles State
2  of California, and reside within the jurisdictional boundaries of this Court.

3      3.   The true names and capacities of Does 1 through 6, inclusive, are presently
4  unknown to Plaintiff, who therefore sues such Defendant(s) under such fictitious names
5  pursuant to Section 474 of the <u>Code of Civil Procedure</u>. Plaintiff is informed and believes,
6  and on such information and belief alleges that each such "Doe" Defendant is in
7  possession of the Property, without the permission or consent of Plaintiff, and Plaintiff will
8  amend this complaint to state the true names and capacities of said Defendant(s) when
9  the same have been ascertained.

10      4.   Plaintiff is the owner of and entitled to immediate possession of the
11  Property. Defendant(s), and each of them, are and remain in possession of the Property.

12      5.   On or about May 9, 2011, the Property was sold to Plaintiff at a trustee's
13  sale following foreclosure proceedings. Said foreclosure and all notices preceding said
14  foreclosure were done in compliance with Section 2924 et. seq. of the California Civil
15  Code, under power of sale contained in a deed of trust executed by Radka Krouj, a
16  married woman as her sole and separate property, and title under the sale was duly
17  perfected in Plaintiff by the recording of a Trustee's Deed Upon Sale in the Official
18  Records, County of Los Angeles. A true and correct copy of the Trustee's Deed Upon
19  Sale is attached to this complaint as Exhibit "A" and incorporated herein by this reference.

20      6.   On July 19, 2016, Defendant(s), and each of them, were served with a
21  three-day written notice to quit and deliver up possession of the Property to Plaintiff
22  ("Notice"). The Notice was served in accordance with <u>Code of Civil Procedure</u> section
23  1162. True and correct copies of the Notice and Proof(s) of Service thereof are attached
24  to this complaint collectively as Exhibit "B" and incorporated herein by this reference.

25      7.   More than three (3) days have elapsed since the service of the Notice, but
26  Defendant(s) have failed and refused to deliver up possession of the Property.

27      8.   Defendant(s) continue in possession of the Property without Plaintiff's
28  permission or consent.

1     9.  Defendant(s) hold(s) over and continue(s) in possession of the Property willfully, intentionally and deliberately without permission or consent of Plaintiff, and Plaintiff is entitled to immediate possession of the Property.

     10.  The reasonable value of the use and occupancy of the Property is at least $50.00 per day, and damages to Plaintiff caused by Defendant(s) unlawful detention thereof has accrued at said rate since July 25, 2016, and will continue to accrue at said rate so long as Defendant(s) remain in possession of the property.

WHEREFORE, Plaintiff prays judgment against Defendant(s) as follows:

1. For restitution and possession of the Property;
2. For damages in the amount of at least $50.00 per day from July 25, 2016, through the date of entry of judgment;
3. For costs of suit herein; and
4. For such other and further relief as the court may deem just and proper

Dated: July 25, 2016

NAIMAN LAW GROUP,
Professional Corporation

By _____
Randall D. Naiman, Esq.
Attorney for Plaintiff, DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR WAMU 2005-AR11

**NOTICE:** EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.
1. If you live here and you do not complete and submit this form within 10 days of the date of service shown on this form, you will be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2. If you file this form, your claim will be determined in the eviction action against the persons named in the Complaint.
3. If you do not file this form, you will be evicted without further hearing.

| CLAIMANT OR CLAIMANTS ATTORNEY (Name and Address) | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| HELENA VESELA<br>901 Isabel Street<br>Los Angeles CA 90065 | | |
| ATTORNEY FOR (Name): in pro per | | FILED<br>LOS ANGELES SUPERIOR COURT |
| NAME OF COURT: SUPERIOR COURT COUNTY OF LOS ANGELES<br>STREET ADDRESS: 111 North Hill Street1<br>MAILING ADDRESS: 111 North Hill Street,<br>CITY AND ZIP CODE: Los Angeles, CA 90012<br>BRANCH NAME: Stanley Mosk Courthouse | | |
| PLAINTIFF: DEUTSCHE BANK | | EXECUTIVE OFFICER/CLERK<br>_____ Deputy |
| DEFENDANT: RADKA KROUL et al | | |
| PREJUDGMENT CLAIM OF RIGHT TO POSSESSION | | CASE NUMBER: 16U08532 |

| Complete this form only if ALL of these statements are true:<br>1. You are NOT named in the accompanying Summons and Complaint.<br>2. You occupied the premises on or before the date the unlawful detainer (eviction) Complaint was filed.<br>3. You still occupy the premises. | (To be completed by the process server)<br>DATE OF SERVICE:<br>(Date that this form is served or delivered, and posted, and mailed by the officer or process server) |
|---|---|

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:
1. My name is (specify): Helena Vesela

2. I reside at (street address, unit No., city and ZIP code):
   901 Isabel Street
   Los Angeles CA 90065

3. The address of "the premises" subject to this claim is (address):
   901 Isabel Street
   Los Angeles CA 90065

4. On (insert date)    July 28, 2016    , the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. (This date is the court filing date on the accompanying Summons and Complaint.

5. I occupied the premises on the date the complaint was filed (the date in item 4). I have continued to occupy the premises ever since.

6. I was at least 18 years of age on the date the complaint was filed (the date in item 4).

7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed (the date in item 4).

8. I was not named in the Summons and Complaint.

9. I understand that if I make this claim of right to possession, I will be added as a defendant to the unlawful detainer (eviction) action.

10. (Filing fee) I understand that I must go to the court and pay a filing fee of $_____ or file with the court the form "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file with the court the form for waiver of court fees within 10 days from the date of service of this form (excluding court holidays), I will not be entitled to make a claim of right to possession.

(Continued on reverse)

CP10.5 (New January 1, 1991)     **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**     Code of Civil Procedure §§ 415.46, 715.010, 715.020, 1174.25

| PLAINTIFF (Name): DEUTSCHE BANK | CASE NUMBER: 16U08532 |
|---|---|
| DEFENDANT (Name): RADKA KROUL et al | |

> **NOTICE:** If you fail to file this claim, you will be evicted without further hearing.

11. *(Response required within five days after you file this form)* I understand that I will have *five days* (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

12. **Rental agreement.** I have *(check all that apply to you)*:
    a. ☐ an oral rental agreement with the landlord.
    b. ☐ a written rental agreement with the landlord.
    c. ☐ an oral rental agreement with a person other than the landlord.
    d. ☐ a written rental agreement with a person other than the landlord.
    e. ☒ other *(explain)*. lease

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

> **WARNING** Perjury is a felony punishable by imprisonment in the state prison.

Date: August 17, 2016

........ Helena Vesela ........
(TYPE OR PRINT NAME)

▶ *[signature]*
(SIGNATURE OF CLAIMANT)

> **NOTICE:** If you file this claim of right to possession, the unlawful detainer (eviction) action against you will be determined at trial. At trial, you may be found liable for rent, costs, and in some cases, treble damages.

## — NOTICE TO OCCUPANTS —

**YOU MUST ACT AT ONCE** if all the following are true:
1. You are NOT named in the accompanying Summons and Complaint.
2. You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed. *(The date is the court filing date on the accompanying Summons and Complaint.)*
3. You still occupy the premises.

*(Where to file this form)* You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the reverse of this form) at the court where the unlawful detainer (eviction) complaint was filed.

*(What will happen if you do not file this form)* If you do not complete and submit this form and pay a filing fee or file the form for proceeding in forma pauperis if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to occupy the premises will be decided by the court. *If you do not file this claim, you will be evicted without a hearing.*

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles. I am over the age of eighteen and not a party to the within action.

On Jan. 26, 2018 I served a true and correct copy of the following:

NOTICE OF REMOVAL OF ACTION UNDER 28USC §§ 1441 AND 1446 FEDERAL QUESTION

by placing said copy in a sealed envelope with postage thereon fully prepaid in the United States mail, in Los Angeles, California, addressed as follows::

Randall D. Naiman, Esq
Law Offices of Randall Naiman
4660 La Jolla Village Drive
San Diego, CA 92122

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: 01/26/2018

_____

Maria Sanchez

NOTICE OF REMOVAL AND REMOVAL R - 4